LAW OFFICE OF
**LOCKSLEY O. WADE, LLC**

Telephone: (212) 933-9180  
Facsimile: (212) 933-9181  
E-mail: wade@wadefirm.com  
http://wadefirm.com  

Locksley O. Wade, Esq.  
11 Broadway  
Suite 615  
New York, NY 10004  

May 22, 2013

Clerk of Court  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007  

Re: Emma Snowden v. Columbia University  
Case No. 14-1362  

Dear Clerk:

The appellant hereby notifies the Court that the transcript referenced in Form D was delivered to the undersigned this Tuesday, May 20, 2014. Therefore, in accordance with Local Rule 31.2, Appellant respectfully moves the Court to schedule August 18, 2014, as the due date for the Appellant's Brief.

Sincerely,

Locksley O. Wade, Esq.  
*Attorney for the Appellant*

c.c.  *Via ECF/CM*  
Michael T. McGrath Sr., Esq.  
Randi B. Morris, Esq.  
Putney Twombly Hall & Hirson LLP  
521 Fifth Avenue  
New York, NY 10175  
*Attorneys for the Appellee*