UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand and fourteen,

_____

Emma Snowden,

    Plaintiff - Appellant,

v.

The Trustees of Columbia University,

    Defendant - Appellee.

_____

ORDER
Docket No: 14-1362

Counsel for APPELLANT Emma Snowden has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 18, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before August 18, 2014. The appeal is dismissed effective August 18, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

