# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and fourteen.

Before:     Raymond J. Lohier, Jr.,
                  *Circuit Judge*.

_____

Emma Snowden,
    Plaintiff-Appellant,

                                  **ORDER**
v.                                       Docket No. 14-1362

The Trustees of Columbia University,
    Defendant-Appellee.

_____

    Appellant moves for leave to file an appendix in two volumes, each of which exceeds the 300-page limit provided in Local Rule 32.1(b)(2).

    IT IS HEREBY ORDERED that the motion is DENIED. Appellant shall file a brief and appendix in conformity with the Federal Rules of Appellate Procedure and the Court's Local Rules by August 26, 2014.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

